IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No: 2:07-cv-00075-AAA-JEG |
| APPLIED TECHNICAL SERVICES, INC.; DOUGLAS ASPHALT COMPANY AND ASSOCIATION CASUALTY INSURANCE COMPANY, | § § § § § § | |
| Defendants. | | |

## Proposed Jury Verdict

We the jury find that:

1. The claims by Douglas Asphalt against ATS did ___ or did not ___ occur during the Evanston policy period of July 15, 2005 and July 15, 2007.

2. ATS did ___ or did not ___ make material misrepresentation in it application for insurance with Evanston.

**Respectfully submitted**, this the ____ day of ___August___, 2009.

_____
Jury Foreperson