# UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION

Evanston Insurance Company

vs.

Applied Technical Services, Inc.;
Douglas Asphalt Company; and
Association Casualty Insurance
Company.

**EVANSTON AND ATS
JOINT EXHIBIT LIST**

CASE NUMBER:
2:07-cv-00075-AAA-JEG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Anthony A. Alaimo | Peter H. Schmidt, II, Esq. | Brent J. Savage/William Pinson, Jr.<br>Kenneth E. Futch, Jr.<br>Lisa K. Whitfield<br>David Abercrombie |
| TRIAL DATE(S)<br>August 24, 2009 | COURT REPORTER<br>Joan Mobley | COURTROOM DEPUTY<br>Nita Rose |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1. | | 8-27 | | ✓ | True and correct copy of the 2005 Application |
| 2. | | 8-27 | | ✓ | True and correct copy of the 2006 Application |
| 3. | | 8-27 | | ✓ | Letter Dvorak sent when applying for insurance from Evanston in 2005 |
| 4. | | 8-27 | | ✓ | True and correct copy of the 2005 Policy issued by Evanston |
| 5. | | 8-27 | | ✓ | True and correct copy of the 2006 Policy issued by Evanston |
| 6. | | | | | True and correct copy of the ACORD Notice |
| 7. | | 8-27 | | ✓ | True and correct copy of the Order from Turner County Superior Court in Civil Action |
| | | | | | No: 2005-CV-0137 |
| 8. | | 8-27 | | ✓ | True and correct copy of the Order from Fulton County Superior court in Civil Action |
| | | | | | No: 2004-CV-83139 |
| 9. | | 8-27 | | ✓ | True and correct copy of the underlying Complaint to this action, Civil Action No: |
| | | | | | 2:06-CV-00229-AAA-JEG |
| 10. | | 8-27 | | ✓ | True and correct copy of the underlying Amended Complaint to this action, Civil Action |
| | | | | | No: 2:06-CV-00229-AAA-JEG |
| 11. | | 8-27 | | ✓ | True and correct copy of the underlying Second Amended Complaint to this action, |
| | | | | | Civil Action No: 2:06-CV-00229-AAA-JEG |
| 12. | | 8-27 | | ✓ | True and correct copy of Underwriting file |
| 13. | | 8-27 | | ✓ | All the testing procedures for use of atomic absorption testing by the |
| ✓ 14. | | 8-27 | | ✓ | Communications between Georgia Department of Transportation, ATS |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size. Page 1 of 1 Pages