U S DISTRICT COURT
Southern District of Georgia
Filed in Open Court

4:10 PM
8-27-20 09

Deputy Clerk

# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| APPLIED TECHNICAL SERVICES, INC., DOUGLAS ASPHALT COMPANY, and ASSOCIATION CASUALTY INSURANCE COMPANY, | : : : | |
| Defendants. | : | NO. CV207-075 |

**VERDICT FORM**

_____   We, the Jury, find in favor of Plaintiff, Evanston Insurance Company, and against Defendants, Applied Technical Services, Inc., Douglas Asphalt Company, and Association Casualty Insurance Company.

✓   We, the Jury, find in favor of Defendants, Applied Technical Services, Inc., Douglas Asphalt Company, and Association Casualty Insurance Company, and against Plaintiff, Evanston Insurance Company.

SO SAY WE ALL.

8/27/09
Date

Donald L. Wilkerson Jr.
Foreperson