# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV207-75**

TITLE **EVANSTON INS. CO. VS APPLIED TECHNICAL SERVICES, ETAL**

TIMES **9:10 -**

DATE **August 24, 25, 27, 2009**

TOTAL

Honorable: **Anthony A. Alaimo, U. S. District Court Judge**
Court Reporter: **Joan Mobley**

Courtroom Deputy: **Nita Rose**
Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Peter H. Schmidt, II | David Abercrombie<br>James F. Cook, Jr. (lead) | Applied Technical |
| | Brent J. Savage<br>Kenneth Futch, Jr. | Douglas Asphalt Co. |
| | Lisa K. Whitfield<br>Richard Foster | Association Casualty Ins. Co. |

PROCEEDINGS: **Jury Trial:**   ☑ In Court   ☐ In Chambers

Jury previously selected by Magistrate Judge James Graham on August 17, 2009 and sworn; Jury Trial commenced on 8/24/2009 with Preliminary Instructions by the Court to the Jury: 9:10 - 9:22
Opening Statements by the Parties to the Jury and the Court:
   Peter Schmidt (Pltf)   9:22 - 9:50
   James Cook   (ATS)   9:50 - 9:54
   Brent Savage (DAC)   9:55 - 10:12
   Richard Foster (Assoc Casualty Ins. Co)   10:12 - 10:18
Court recess for 15 minutes: Court resumed with playing of Video Deposition of Dr. Zhang, 10:40 - 12:19    Court recess until 2:00 p.m.
Court resumed with taking of testimony and introduction of evidence by Plaintiff. Court recess for 15 minutes.   Trial continued with the cross examination of Witness Mark Henderson . Court recess at 5:00 pm until 9:00 a.m. 8/25/2009.
8/25/2009, 9:00 AM;  Court proceeded with Plaintiff taking of testimony of Witness Donald McKay. Court takes 10 minute break. Continues with taking of testimony. Court recess for

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV207-75**　　　　　　　　　　　　　　　　　DATE **August 24,25,27, 2009**

TITLE **EVANSTON INS. CO. VS APPLIED TECHNICAL SERVICES, ETAL**

PROCEEDINGS (continued): **Jury Trial:**

for lunch until 1:30 PM.  Court continues with the cross examination of Witness Rogers by ATS. Court recess for 15 minutes .

Court proceeded with the reading into the record the deposition of Thomas J. Dvorak and continued with the taking of testimony and introduction of evidence.  Plaintiff closed.

Trial proceeded with taking of testimony and introduction of evidence by Deft. DAC.  Court recess at 5:15 until Thursday, 8/27.

8/27/09 9:00 a.m.     Outside of presence of jury:  No cross examination of Witness Joel Spivey.  Joint Exhibits 1-5 & 7-14 tendered, Exhibit 17 - objections by deft - sustained.  Deft rest

Motion by Pltf for directed verdict, response by ATS with Motion for Directed Verdict: Response by DAC to motions, Association Casualty Ins. Co. joins in the Motions for directed Verdict. Response by Pltf. Motion and Cross Motion are denied

Jury brought into Courtroom:  Motion to limit the scope of defts' closing arguments filed untimely and overruled

Closing arguments by Defendants:    ATS    9:41 - 10:15
　　　　　　　　　　　　　　　　　　DAC   10:15 - 10:35
　　　　　　　　　　　　　　　　　　Association 10:35 - 10:50

15 minutes break:    Outside of Presence of Jury: pltf made proffer of exhibits: Insurance Policy and Letter of R

Trial continued with the closing arguments of Pltf: 11:13 - 11:54

Jury removed from Courtroom:  charge conference held   Court recessed until 1:00 pm

Trial proceeded with the Charge of the Court to the jury:  1:05 - 1:30 pm

Side Bar" objections to charge noted

Evidence to jury   1:35 pm

Jury returned with verdict at 4:05 pm.  Verdict published and jury polled. Verdict in favor of Defendants.   Jury dismissed.    Court makes the verdict the jgm of this court.  Judgment to be entered.   Court recess 4:10 pm

(1) Plaintiff's Witness:

Mark Henderson         2:05 – 3:10    Direct
                       3:10 – 3:36    Cross (ATS)
(15 minute break)      3:36 – 3:58    Cross (DAC)
                       3:58 – 4:30    Cross (Foster)
                       4:30 – 4:34    Re-Direct
                       4:34 – 4:37    Re-Cross (ATS)
                       4:40 – 4:40    X (DAC)

Joel Spivey            4:44 – 4:52    Direct
                       4:52 – 4:52    Cross (ATS)

8-25-09
Donald McKay           9:00 – 9:52    Direct
                       9:52 – 10:00   Cross (ATS)
(10 minute break)      10:00 – 10:57  Cross (DAC)
                       10:57 – 11:11  Cross (Assoc Ins)
                       11:11 – 11:22  Re-Direct (Plt)
                       11:22 – 11:26  Cross (ATS)
                       11:26 – 11:27  Cross (DAC)

Phillip Earl Rogers    11:28 – 12:01  Direct
(Treated as hostile witness)  1:30 – 1:39   Cross (ATS)
(Recess for Lunch)     1:39 – 2:05    Cross (DAC)
                       2:05 – 2:20    Cross (Assoc)
                       2:20 – 2:34    Re-Direct

Deposition of Thomas Dvorak Read
into the Record.                    2:54 – 3:31

Jim J. Hills                         3:31 – 4:32   Direct
President of ATS                     4:32 – 4:33   Cross (ATS)
"Hostage Witness"                    4:33 – 4:59   Cross (DAC)

DAC = Witness
Joel Spivey                          4:59 – 5:14   Direct = (DAC)