AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EVANSTON INSURANCE COMPANY

JUDGMENT IN A CIVIL CASE

v.   CASE NUMBER: CV207-75

APPLIED TECHNICAL SERVICES, INC.; DOUGLAS ASPHALT COMPANY; and ASSOCIATION CASUALTY INSURANCE COMPANY

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Verdict reached on August 27, 2009, judgment is hereby entered in favor of the Defendants, APPLIED TECHNICAL SERVICES, INC.; DOUGLAS ASPHALT COMPANY; and ASSOCIATION CASUALTY INSURANCE COMPANY, and against the Plaintiff, EVANSTON INSURANCE COMPANY, and that the Defendants do have and recover costs of Court in their behalf expended, such costs to be taxed by the Clerk.

Approved by: _[signature]_

Date: 8-31-09

Scott L. Poff
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03